GARRETT v. TEACHERS' & STATE
  EMPLOYEES' RETIREMENT SYSTEM

No. 484P88.

Case below: 91 N.C. App. 409.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 8 December 1988.

GRIFFIN v. ROYAL CROWN BOTTLING CO.

No. 480P88.

Case below: 91 N.C. App. 585.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 8 December 1988.

HAMPTON v. SIMMONS (SIMONDS)

No. 546P88.

Case below: 91 N.C. App. 586.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 8 December 1988.

HOFFMAN v. SMITH

No. 478P88.

Case below: 91 N.C. App. 288.

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 8 December 1988.

IN RE TEAGUE

No. 475P88.

Case below: 91 N.C. App. 242.

Motion by the Attorney General to dismiss appeal for failure to show a substantial constitutional question allowed 8 December 1988. Petition by Teague for writ of certiorari to the North Carolina Court of Appeals denied 8 December 1988.